## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

TEVON MARLEY,

                                       JUDGMENT IN A CIVIL CASE

         Plaintiff,

                                       16-cv-609-bbc

v.

COLUMBIA CORRECTIONAL
INSTITUTION, STEVEN WILLETT,
PETER KARNA, ISAAC HART, SANDRA
HAUTAMAKI, WELCOME ROSE and
CINDY O'DONNELL,

         Defendants.

---

       This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

       IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case.

| /s/ | 3/6//2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |